# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Deborah L. Austin,

      Plaintiff,

-V-                                     Case No. 2:05-cv-00039
                                           JUDGE SMITH
                                         Magistrate Judge Kemp

Ohio Department of Youth Services,
et al.,

      Defendants.

## ORDER

Plaintiff moves to voluntarily dismiss her claims without prejudice (Doc. 19).  Defendants consent to dismissal of plaintiff's claims without prejudice (Doc. 20).

The Court **DISMISSES** plaintiff's claims against defendants without prejudice.

The Clerk shall remove this case from the Court's pending cases and motions lists.

      IT IS SO ORDERED.

                        /s/ George C. Smith

**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**